NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY W. TUTTLE, JR.,                )
                                        )
        Appellant,                      )
                                        )
v.                                      )         Case No. 2D17-137
                                        )
STATE OF FLORIDA,                       )
                                        )
        Appellee.                       )
_____ )


Opinion filed April 4, 2018.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard J. Sanders, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Laurie Benoit-Knox,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.